# Third District Court of Appeal

## State of Florida

Opinion filed February 6, 2019.

_____

No. 3D18-972
Lower Tribunal No. 15-6536
_____

## Comprehensive Health Center, LLC, etc.,
Appellant,

vs.

## Allstate Property and Casualty Insurance Company,
Appellee.

An Appeal from the County Court for Miami-Dade County, Gina Beovides, Judge.

Marlene S. Reiss, for appellant.

Shutts and Bowen, LLP and Suzanne Y. Labrit (Tampa), for appellee.


Before FERNANDEZ, LOGUE, and SCALES, JJ.

PER CURIAM.

We recognize appellee's confession of error and answer the certified question

consistent with the Florida Supreme Court's opinion in Progressive Select Insurance

Company v. Florida Hospital Medical Center, No. SC18-278, 2018 WL 6816810 (Fla. Dec. 28, 2018).  We reverse and remand for further proceedings consistent with Progressive.